■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK JACKSON, Appellant. [662 NYS2d 262] —Judgment, Supreme Court, New York County (James Leff, J.), rendered April 13, 1994, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, and imposing a mandatory surcharge of $150, unanimously affirmed.

Defendant's claim that the mandatory surcharge should be waived on the ground of unreasonable hardship is not properly before this Court since it is premature (People v Ramirez, 208 AD2d 381, lv denied 84 NY2d 1037). Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.

■ MICHAEL TUTUIANU, Appellant, v STATE OF NEW YORK DEPARTMENT OF SOCIAL SERVICES et al., Respondents. [663 NYS2d 817] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about October 18, 1996, which granted respondent's motion to vacate a default judgment entered against it in a CPLR article 78 proceeding, unanimously affirmed, without costs.

We deem the notice of appeal to be an application for leave to appeal to this Court and grant it. We affirm upon findings that respondent's default was due to an excusable misunderstanding as to the return date of the application, and that respondent has meritorious defenses going to jurisdiction as well as the merits. Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.